```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kiran Vuppala,

                Plaintiff,

    –v–

57 Grand Street Cafe Corp. et al.,

                Defendants.

21-cv-6564 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties were ordered to file a joint letter containing a case management plan by October 15, 2021, in advance of the initial pretrial conference scheduled for October 22, 2021, at 3:15 p.m. Dkt. No. 8. The Court is not in receipt of a letter. The parties shall comply with the Court's order by October 20, 2021.

    SO ORDERED.

Dated: October 18, 2021
       New York, New York

                              ALISON J. NATHAN
                           United States District Judge